UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JUDGE McKENNA
07 CV 3642

NICHOLAS J. VISCONTI and MARGARET VISCONTI,

                      Plaintiffs,

**RULE 7.1 STATEMENT**

    -against-

HILTON HOTELS CORPORATION d/b/a
CARIBE HILTON and HILTON INTERNATIONAL
CO. d/b/a CARIBE HILTON,

                      Defendants.

----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant HILTON HOTELS CORPORATION (a private non-governmental party), certifies that the following are parent corporations and publicly held corporations that own 10% or more of the stock of defendant HILTON HOTELS CORPORATION: **None**.

Dated: New York, NY
       May 7, 2007

                      Respectfully submitted,

                      KARDARAS & KELLEHER LLP
                      Attorneys for Petitioner-Defendant
                      HILTON HOTELS CORPORATION

                      By_____
                         William P. Kardaras (WPK-8835)
                      Office & P.O. Address,
                      44 Wall Street, 16th Floor
                      New York, NY 10005
                      (212) 785-5050

TO:   SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.
      Attorneys for Plaintiffs
      120 Broadway
      New York, NY  10271
      (212)732-9000