UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
NICHOLAS J. VISCONTI and MARGARET        Civil Action No.
VISCONTI,                                07 CV 3642

                                 Plaintiffs,   DEMAND FOR JURY TRIAL
                                            (Fed. R. Civ. P. 38)
       -against-

HILTON HOTELS CORPORATION d/b/a CARIBE
HILTON and HILTON INTERANTIONAL CO.
d/b/a CARIBE HILTON,

                                 Defendants.
---------------------------------------X

    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs NICHOLAS J. VISCONTI and MARGARET VISCONTI, demand trial by jury in this action of all issues triable by jury in this matter.

DATED:    New York, New York
           May 10, 2007

                                        Yours, etc.,

                                        SULLIVAN PAPAIN BLOCK
                                        McGRATH & CANNAVO P.C.

                                        By: _____
                                            Cheol I. Kim
                                        CIK 8462
                                        Attorneys for Plaintiffs
                                        120 Broadway
                                        New York, New York 10271
                                        (212) 732-9000

TO:   KARDARAS & KELLEHER LLP
      By: William P. Kardaras (WPK-8835)
      Attorneys for Petitioner-Defendant
      HILTON HOTELS CORPORATION
      44 Wall Street, 16th Floor
      New York, NY 10005
      (212) 785-5050

```
HILTON INTERNATIONAL CO.
c/o Corporation Service Company
80 State Street
Albany, NY  12207
```