UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
VISCONTI                            :
                                    :
         Plaintiff(s),              :       07 Civ. 3642 (LMM)
                                    :
     - against -                    :       CASE MANAGEMENT PLAN
                                    :       AND SCHEDULING ORDER
HILTON HOTELS CORP                  :
                                    :       USDC SDNY
         Defendant(s).              :       DOCUMENT
                                    :       ELECTRONICALLY FILED
------------------------------------x       DOC #: _____
                                            DATE FILED: 5/31/07

McKENNA, D.J.

1.  Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2.  ___ Complex    ___ Standard    ___ Expedited

3.  Initial document production to be completed by _____.

4.  Party depositions to be completed by _____.

5.  Third party depositions to be completed by _____.

6.  Parties and counsel to meet to discuss settlement by _____.

7.  Experts' reports to be served by _____.

8.  Experts' depositions to be completed by _____.

9.  All discovery to be completed by 1/31/08.

10. Next pretrial conference 10/2/07 at 4:30 P.M.

11. Parties consent to trial by Magistrate Judge: ___ Yes  ___ No.

12. Other directions:

    DEFENDANT TO ADVISE PLAINTIFF OF CORRECT
    HILTON DEFENDANT; PLAINTIFF TO AMEND COM-
    PLAINT TO ADD NEW DEFENDANT & SERVE SUCH
    DEFENDANT BY 6/30/07

Dated:    New York, New York
          5/31/07
                                         SO ORDERED.

                                         _____
                                         LAWRENCE M. McKENNA
                                         U.S.D.J.