AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN DISTRICT | DISTRICT OF | NEW YORK |

NICHOLAS J. VISCONTI and
MARGARET VISCONTI,

        Plaintiffs,

-against-

HILTON HOTELS CORPORATION d/b/a
CARIBE HILTON and HILTON
INTERNATIONAL CO. d/b/a CARIBE HILTON

        Defendants.

**APPEARANCE**

Case Number: 07CV3642 (LMM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nicholas J. Visconti and Margaret Visconti

I certify that I am admitted to practice in this court.

| 6/1/2007 | *(signature)* |
|---|---|
| Date | Signature |

| Cheol I. Kim | CIK8462 |
|---|---|
| Print Name | Bar Number |

Sullivan Papain Block McGrath & Cannavo, 120 Broadway
Address

| New York | New York | 10271 |
|---|---|---|
| City | State | Zip Code |

| (212) 732-9000 | (212) 266-4141 |
|---|---|
| Phone Number | Fax Number |