UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NICHOLAS J. VISCONTI and MARGARET
VISCONTI,

                Plaintiffs,       Case Number:
                                     07 Civ. 3642 (LMM)

    -against-                 **AFFIDAVIT OF SERVICE**

HILTON HOTELS CORPORATION, d/b/a
CARIBE HILTON, HILTON INTERNATIONAL
CO. d/b/a CARIBE HILTON and HILTON
INTERNATIONAL OF PUERTO RICO d/b/a
CARIBE HILTON,

                Defendants.
----------------------------------------X

STATE OF NEW YORK    )
                           ) SS.:
COUNTY OF NEW YORK   )

    Ann Marie Del Pizzo, being duly sworn, deposes and says:
I am not a party to this action. I am over 18 years of age. I have a business address at 120 Broadway, New York, New York, 10271.
    On the 20th day of June, 2007, I served the within SUPPLEMENTAL SUMMONS AND AMENDED VERIFIED COMPLAINT upon the following attorneys for the parties in this action, at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

William P. Kardaras, Esq.
Kardaras & Kelleher, LLP
Attorneys for Defendants
HILTON HOTELS CORPORATION
And HILTON INTERNATIONAL CO.
44 Wall Street, 16th Floor
New York, NY 10005

                                           _____
                                           Ann Marie Del Pizzo

Sworn to before me this
20th day of June, 2007

_____
Notary Public
MARGARITA M. SCHREIBER
Commission Of Deeds
City Of N.Y. 3-6076
Certificate Filed in New York County
Commission Expires June 1, 20__