# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK  
UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX #: 07CIV3642(LMM)    AND FILED ON: JUNE 20, 2007  
ATTORNEY(S): Sullivan Papain Block McGrath & Cannavo PC , Vito Cannavo

Nicholas J. Visconti and Margaret Visconti — Plaintiff  
vs  
Hilton Hotels Corporation, et al — Defendant

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY, SS.:

James Perone, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on June 22, 2007 at 8:33am at Corporation Service Company, 80 State St, Albany, NY deponent served the within Supplemental Summons in a Civil Action and Amended Complaint

on: Hilton Hotels Corporation · Defendant (herein called recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Supplemental Summons in a Civil Action and Amended Complaint

**CORPORATION B [X]** By delivering to and leaving with Nikkie Chappie at 80 State St, Albany, NY and that deponent knew the person so served to be the General Agent of the corporation. Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C [ ]** By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]** By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F [ ]** Deponent had previously attempted to serve the above named defendant/respondent  
Day _____ Date _____ Time _____  
Day _____ Date _____ Time _____  
Day _____ Date _____ Time _____  
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment

**G [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:  
Approximate age 47    Approximate weight 5'7    Approximate height 200    Sex Female  
Color of skin Black    Color of hair Black    Other _____

**MILITARY SERVICE [X]** Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action

**NON-SERVICE H [ ]** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address    [ ] Address does not exist    [ ] Evading    [ ] Moved left no forwarding    [ ] Other

**WIT. FEES [ ]** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 25th day of June, 2007

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2007

James Perone  
Attny's File No.  
Invoice-Work Order # SP0705353

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179