TOTAL P.03

# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK                                UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07CIV3642(LMM)   AND FILED ON JUNE 30, 2007
ATTORNEY(S): Sullivan Papain Block McGrath & Cannavo PC, Vito Cannavo

*Nicholas J. Visconti and Margaret Visconti*                                                    Plaintiff

vs.

*Hilton Hotels Corporation, et al*                                                                        Defendant

STATE OF DELAWARE        COUNTY OF _____ ss:

JAVIER SANCHEZ _____ being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On 6/22/07 at 1:45 pm M.
at 2711 CENTERVILLE RD. WILMINGTON, DE _____ deponent served the within

Supplemental Summons in a Civil Action and Amended Complaint

on: Hilton International of Puerto Rico, Inc. d/b/a Caribe Hilton                 Defendant          therein named.

**INDIVIDUAL A ☐** — By personally delivering to and leaving with said a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said

**CORPORATION B ☒** — By delivering to and leaving with MARY DRUMMOND at CORPORATE SERVICE COMPANY and that deponent knew the person so served to be the PROCESS AGENT of the corporation

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

**SUITABLE AGE PERSON C ☐** — By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendant's/respondent's [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of

**AFFIXING TO DOOR D ☐** — By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of

**MAILING TO RESIDENCE (use with C or D) E1 ☐** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of _____ on _____

**MAILING TO BUSINESS (use with C or D) E2 ☐** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within the State of _____. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on

**PREVIOUS ATTEMPTS (use with D) F ☐** — Deponent had previously attempted to serve the above named defendant/respondent:
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day (Saturday) _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G ☐** — DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 45   Approximate weight 130   Approximate height 5'6   Sex Female
Color of skin White   Color of hair Black   Other _____

**MILITARY SERVICE ☐** — Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein.

**NON-SERVICE H ☐** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT FEES ☐** — $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient

Sworn to before me this ____ day of June 2007

OFFICIAL SEAL
KEVIN D. _____
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Please Print Name Below Signature
JAVIER SANCHEZ

Order # SP0705354

JUN-27-2007 12:10   P.03