UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NICHOLAS J. VISCONTI and MARGARET VISCONTI,    07 CV 3642 (LMM)

                    Plaintiffs,    **RULE 7.1 STATEMENT**

   -against-

HILTON HOTELS CORPORATION d/b/a
CARIBE HILTON, HILTON INTERNATIONAL
CO. d/b/a CARIBE HILTON and HILTON
INTERNATIONAL OF PUERTO RICO d/b/a
CARIBE HILTON,

                    Defendants.

------------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant HILTON INTERNATIONAL CO. (a private non-governmental party), certifies that the following are parent corporations and publicly held corporations that own 10% or more of the stock of defendant HILTON INTERNATIONAL CO.:   Hilton Hotels Corporation.

Dated: New York, NY
       July 19, 2007

                              Respectfully submitted,

                              KARDARAS & KELLEHER LLP
                              Attorneys for Defendant
                              HILTON INTERNATIONAL CO.

                              By _____
                                 Lori S. Kahn (LK-8852)
                              Office & P.O. Address:
                              44 Wall Street, 16th Floor
                              New York, NY  10005
                              (212) 785-5050

TO:  SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.
Attorneys for Plaintiffs
120 Broadway
New York, NY 10271
(212)732-9000