UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| NICHOLAS J. VISCONTI and MARGARET VISCONTI, | 07 CV 3642 (LMM) |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| -against- | |
| HILTON HOTELS CORPORATION d/b/a CARIBE HILTON, HILTON INTERNATIONAL CO. d/b/a CARIBE HILTON and HILTON INTERNATIONAL OF PUERTO RICO d/b/a CARIBE HILTON, | |
| Defendants. | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant HILTON INTERNATIONAL OF PUERTO RICO, INC. (a private non-governmental party), certifies that the following are parent corporations and publicly held corporations that own 10% or more of the stock of defendant HILTON INTERNATIONAL OF PUERTO RICO, INC.:

**Hilton International Co. and Hilton Hotels Corporation.**

Dated: New York, NY
July 19, 2007

Respectfully submitted,

KARDARAS & KELLEHER LLP
Attorneys for Defendant
HILTON INTERNATIONAL OF PUERTO RICO, INC.

By _____
Lori S. Kahn (LK-8852)
Office & P.O. Address:
44 Wall Street, 16th Floor
New York, NY 10005
(212) 785-5050

TO: SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.
Attorneys for Plaintiffs
120 Broadway
New York, NY 10271
(212)732-9000