RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-- JUL 16 2007

------------------------------------------------------------X

K & K

NICHOLAS J. VISCONTI and MARGARET VISCONTI,

Plaintiffs,                          07 CV 3642 (LMM)

-against-

HILTON HOTELS CORPORATION, d/b/a CARIBE HILTON,
HILTON INTERNATIONAL CO. d/b/a CARIBE HILTON and
HILTON INTERNATIONAL OF PUERTO RICO d/b/a
CARIBE HILTON,

**STIPULATION + ORDER**
**EXTENDING TIME TO**
**ANSWER, APPEAR OR**
**OTHERWISE MOVE**

Defendants.

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of

record that the time for defendants, HILTON HOTELS CORPORATION, d/b/a CARIBE HILTON,

HILTON INTERNATIONAL CO. d/b/a CARIBE HILTON and HILTON INTERNATIONAL OF

PUERTO RICO d/b/a CARIBE HILTON, to answer, appear, or make any motion with relation to the

Amended Complaint in this action be and the same hereby is extended to and including the 20th day of

July, 2007.

DATED:    New York, New York
          July 10, 2007

------------------------------------          ------------------------------------
SULLIVAN PAPAIN BLOCK McGRATH               KARDARAS & KELLEHER LLP
& CANNAVO P.C.                              Attorneys for Defendants
Attorneys for Plaintiffs                    HILTON HOTELS CORPORATION,
120 Broadway                               HILTON INTERNATIONAL CO. and
New York, New York  10271                  HILTON INTERNATIONAL OF PUERTO RICO
(212) 732-9000                             44 Wall Street – 16th Fl.
                                           New York, New York  10005-1303
                                           (212) 785-5050

SO ORDERED:

_____ 7/18/07
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/07
```