UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
VISCONTI
               Plaintiff(s),

   - against -

HILTON
               Defendant(s).
------------------------------x

07 Civ. 3642 (LMM)
AMENDED
CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. __ Complex  __ Standard  __ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 3/31/08.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: __ Yes __ No.

12. Other directions:

Dated: New York, New York
10/2/07

SO ORDERED.

_____
LAWRENCE M. McKENNA
U.S.D.J.