UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
VISCONTI :
:
        Plaintiff(s), :  07 Civ. 3642 (LMM)
: SECOND AMENDED
   - against - : CASE MANAGEMENT PLAN
: AND SCHEDULING ORDER
HILTON HOTELS CORP., :
ET AL. :  USDC SDNY
        Defendant(s). :  DOCUMENT
: ELECTRONICALLY FILED
------------------------------------x  DOC #:
  DATE FILED: 4/2/08

McKENNA, D.J.

    1.    Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

    2.    ___ Complex   ___ Standard   ___ Expedited

    3.    Initial document production to be completed by _____.

    4.    Party depositions to be completed by _____.

    5.    Third party depositions to be completed by _____.

    6.    Parties and counsel to meet to discuss settlement by _____.

    7.    Experts' reports to be served by _____.

    8.    Experts' depositions to be completed by _____.

    9.    All discovery to be completed by 6/30/08.

    10.   Next pretrial conference 6/30/08 at 3:30 P.M.

    11.   Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

    12.   Other directions:


Dated:    New York, New York
           4/2/08
                            SO ORDERED.

                            LAWRENCE M. McKENNA
                            U.S.D.J.